UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

MOTION, PURSUANT TO SECTION 2255 OF TITLE 28
UNITED STATES CODE

ATTACKING A SENTENCE IMPOSED BY THAT COURT

UNITED STATES OF AMERICA

VS.

CV 08 3938 JF (PR)

John Sidney Rhine, Jr

CASE NO.
(To be supplied by the
Clerk of the District Court)

(name of movant)
(Full name under which you
were convicted)

---

## INSTRUCTIONS-READ CAREFULLY

In order for this motion to receive consideration by the District Court, it shall be in writing (legibly handwritten or typewritten) by the Movant, under penalty of perjury, and it shall set forth in concise form the answers to each applicable question. If necessary, Movant may finish his answer to a particular question on the reverse side of the page or on an additional blank page. Movant shall make it clear to which question any such continued answer refers.

Since every motion under Section 2255 of Title 28, United States Code, must be made under penalty of perjury, any false statement of a material fact therein may serve as the basis of prosecutions and conviction for perjury. Movant should therefore exercise care to assure that all answers are true and correct.

If the motion is made in forma pauperis, it shall include an affidavit (page 6 of this form) setting forth information which establishes that the Movant will be unable to pay the fees and costs of the 2255 proceedings. When the form is completed, the original and 2 copies shall be mailed to

1

the Clerk of the District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102.

1. Place of detention __Ataskadero, St, hospital, CDRC__

2. Name and location of Court which, and name of judge who, imposed sentence __San Diego Superior Court, San Diego - unknown__

3. The indictment number or numbers (if known) upon which the offense or offenses for which sentence was imposed.:

   (a) _____
   (b) _____
   (c) _____

4. The date upon which sentence was imposed and the terms of the sentence:

   (a) __5-17-07 Case # F25840__
   (b) __2-7 m +__
   (c) __Parole__

5. Check whether a finding of guilty was made:

   (a) after a plea of guilty _____
   (b) after a plea of not guilty __✓__
   (c) After a plea of nolo contenders _____

6. If you were found guilty after a plea of not guilty, check whether that finding was made by

   (a) a jury
   (b) a judge without a jury

   __neither change to Guilty plea after Attorney said to Investagate and time elapsed for witnesses__

7. Did you appeal from the judgment of conviction or the imposition of sentence? __✓__

8. If you answered "yes" to question 7, list

   (a) the name of each court to which you appealed:

   I    __Court of Appells__
   II   __Wrote Brief - Complaint Against Attorney__
   III  __for not filing evidence - Precidents__
        __Habeas Courpus Taken Prison Officals CRC 2nd not Returned__

   (b) the result of each such court to which you appealed:

   1 upheld
   2 upheld Still pending
   3 Dismissed Privilage (CMC) Refused to sign F Formapapers
   4 pending here Soon

I _____
11 _____
111 _____

(c) the date of each such result:

I _____
11 _____
111 _____

(d) If known, citations of any written opinions or orders entered pursuant to such results:

I _____
11 _____
111 _____

**9.** State concisely the grounds on which you base your allegation that the sentence which was imposed on you is invalid.

(a) If I was Given a midrange Sentance with the Concideration of probation Tainted why was mitigatingmental used Against me when wepon charge was Dismised

(b) Incompent Asstance of counsil there were only 2 Robberys not three and There was no Attemp to Locate mitageteing witnesses After Probation report

(c) At no Time is probation Report To Be used at sentencing with out counsil Im peaching By no Attorny at Questing

10. State concisely and in the same order the facts which support each of the grounds set out in (9):

(a) Spent 14 mts in Jail more than enought Time To Locate witnesses and for them To present evedence at a trial I was supposeto Have

(b) Same as Above on IAC See known precidents P.C. Charges Have To have Some factual Basis

(c) U.S vs Dunn

_____
_____

11. Have you previously filed petitions for habeas corpus motions under section 2255 of Title 28, United States Code, or any other applications, petitions or motions with respect to this conviction? ✓

12. If you answered "yes" to (11), list with respect to each petition, motion or application

    (a) the specific nature thereof:

    I    _____
    II   _____
    III  _____

    (b) the name and location of the court in which each was filed:

    I    _____
    II   _____
    III  _____

    (c) the disposition thereof:

    I    _____
    II   _____
    III  _____

    (d) the date of each disposition

    I    _____
    II   _____
    III  _____

    (e) if known, citations of any written opinions or orders entered pursuant to each such disposition:

    I    _____
    II   _____
    III  _____

13. Has any ground set forth in (9) been previously presented to this or any other federal court by way of petition for habeas corpus, motion under section 2255 of Title 28, United States Code, or any other petition, motion or application? NO

14. If you answered "yes" to (13), identify

    (a) which grounds have been previously presented:

I _____
II _____
III _____

(b) the proceedings in which each ground was raised:

I _____
II _____
III _____

15. Were you represented by an attorney at any time during the course of

   (a) your arraignment and plea?  yes

   (b) your trial, if any?  yes

   (c) your sentencing?  yes

   (d) your appeal, if any, from the judgment of conviction of the imposition of sentence?  yes

   (e) preparation, presentation or consideration of any petitions, motions or applications with respect to this conviction, which you filed?  no

16. If you answered "yes" to one or more parts of (15), list

   (a) the name and address of each attorney who represented you:

I   Can't remember paperwork confinscated at crc
II  Apellete Defenders R-Bookout
III _____

WHEREFORE, movant prays that the Court grant movant relief to which he may be entitled in this proceeding.

Signed under penalty of perjury  John Rhine  at Ataskadero st hosp

Date  7-25-08

Signature of Movant  John Rhine

5

Case 5:08-cv-03938-JF  Document 1  Filed 08/18/2008  Page 6 of 7



