IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

John S Rhine Jr,

Plaintiff,

v..

Named within,

Defendant.

CV CASE NO 08 3938

APPLICATION TO PROCEED
IN FORMA PAUPERIS

FILED
AUG 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

JF

(PR)

I, John Rhine, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?                                Yes ✓   No _____

If your answer is "yes", state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: 6200 m+                          Net: 6200
Employer: Atascadero St hospital

If the answer is "no", state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)
EAGLE Resh, Rhine Cg
NAYANAUT Import Export Erika Environments
Ringlow INC

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

6

a) Business, profession or         Yes __✓__ No _____
   self employment

b) Income from stocks, bonds,      Yes _____ No __✓__
   or royalties?

c) Rent payments?                  Yes _____ No __✓__

d) Pensions, annuities, or         Yes _____ No __✓__
   life insurance payments?

e) Federal or State welfare payments,   Yes _____ No __✓__
   Social Security or other government source?

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each. __Reminants Private Contract Consulting 9000__

3. Are you married?                Yes _____ No __✓__

Spouse's Full Name: _____
Spouse's Place of Employment: _____
Spouse's Monthly Salary, Wages or Income:
Gross $ _____     Net $ _____

4. a) List amount you contribute to your spouse's support:
$ _____

   b) List the persons other than your spouse who are dependent upon you for support and
      indicate how much you contribute toward their support:

_____
_____

5. Do you own or are you buying a home?    Yes _____ No __✓__

Estimated Market Value: $ _____   Amount of Mortgage: $ _____

6. Do you own an automobile?       Yes _____ No __✓__

Make: _____   Year: _____   Model: _____

7

Is it financed?         Yes _____ No __✓__   If so, Total due: $_____
Monthly Payment: $_____

7. Do you have a bank account? (If you are a prisoner, include funds in your prison account, and provide the certificate attached, verified by an officer of the prison.)
Yes __✓__ No _____

Name (s) and address (es) of bank: __GESA Federal Credit Union__
__Ataskadero Trust fund__

Present balance (s): $ (1) 2600   (2) 2200

Do you own any cash?     Yes _____ **No** __✓__      Amount: $ _____

Do you have any other assets? (If "Yes", provide a description of each asset and its estimated market value).

Yes __✓__ No __✗__
__Van equipment Computers Boat - Storage__

8. What are your monthly expenses?
Rent: $____0____          Utilities: $____0____
Food: $____0____          Clothing: $____0____

Charge Accounts:

| Name of Account | Monthly Payment | Total owed On This Account |
|---|---|---|
| 0 | | |
| | | |
| | | |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.)
__0__

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?

Yes _____ No __✓__

Please list the case name (s) and number (s) of the prior lawsuit (s), and the name of the court in which they were filed.

8

_____
_____

*I* declare under the penalty *of* perjury that the *foregoing is true* and correct and *understand* that a *false* statement herein *may* result *in the* dismissal of my claims.


Date: 07-25-08         *Signature of Applicant:* John S Rhine JR

Case Number: **AT57501-9**

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **John Rhine** for the last six months
[prisoner name]
**ASH** where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **54.17** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **60.97**.

Dated: **7-24-08**

_____
[Authorized officer of the institution]

```
****************************************************************
* CONFIDENTIAL PATIENT INFORMATION - CALIFORNIA WELFARE AND INSTITUTIONS *
*    CODE SECTIONS 5328 & 4514.  INFORMATION SUBJECT TO RELEASE IN      *
*    ACCORDANCE WITH THE FEDERAL PRIVACY ACT OF 1974 (PUBLIC LAW 93-579). *
****************************************************************
TR150                                                            PAGE    1
09:28:49                                                         07/24/2008


                           ATASCADERO STATE HOSPITAL
                   DATE: 7-24-08  TRUST ACCOUNT/CASHIERS' SYSTEM
                           LEDGER ACTIVITY 01/21/2008 TO 07/24/2008
       THIS IS A CERTIFIED COPY OF
       THE ABOVE-NAMED PATIENT'S
       PATIENT: HOSPITAL ACCOUNT INE, JOHN              WARD NO: 03
                                                        ADMIT: 11/21/2007
==========================================================================
  DATE  | DOCUMENT   | DEPOSIT  | WITHDRAW | ENCUM-  | CURRENT  | COMMENTS
        | NO.        |          |          | BRANCE  | BALANCE  |
==========================================================================
 1/24/08  16 -271541    20.00                            32.50   E.M.BOLD
 1/25/08  13 -191785               5.03                  27.47   Canteen disb
 1/25/08  13 -192016               4.72                  22.75   Canteen disb
 1/25/08  13 -192023               0.55                  22.20   Canteen disb
 1/29/08  13 -192792               7.76                  14.44   Canteen disb
 1/30/08  13 -193144              14.44                   0.00   Canteen disb
 2/15/08  16 -273053    50.00                            50.00   N. BOLD
 2/15/08  13 -197178               7.74                  42.26   Canteen disb
 2/15/08  13 -197180               1.98                  40.28   Canteen disb
 2/15/08  13 -197183               0.55                  39.73   Canteen disb
 2/15/08  13 -197338               1.20                  38.53   Canteen disb
 2/19/08  13 -197956               4.42                  34.11   Canteen disb
 2/19/08  13 -197959               0.55                  33.56   Canteen disb
 2/23/08  13 -199076              23.11                  10.45   Canteen disb
 2/27/08  13 -200217               2.00                   8.45   Canteen disb
 3/ 1/08  13 -201027               7.84                   0.61   Canteen disb
 3/11/08  13 -203871               0.30                   0.31   Canteen disb
 3/12/08  16 -273167    92.50                            92.81   E.BOLD
 3/12/08  13 -204033              21.12                  71.69   Canteen disb
 3/12/08  13 -204037               0.65                  71.04   Canteen disb
 3/13/08  13 -204548               3.14                  67.90   Canteen disb
 3/13/08  13 -204559               0.65                  67.25   Canteen disb
 3/14/08  13 -204671               2.73                  64.52   Canteen disb
 3/14/08  13 -204683               1.75                  62.77   Canteen disb
 3/14/08  13 -204848               0.65                  62.12   Canteen disb
 3/14/08  13 -204852               0.65                  61.47   Canteen disb
 3/15/08  13 -205049               0.65                  60.82   Canteen disb
 3/15/08  13 -205079               1.79                  59.03   Canteen disb
 3/17/08  17 -273181    14.87                            73.90   PROG 4 FEB PAY
 3/18/08  13 -205552              17.67                  56.23   Canteen disb
 3/18/08  13 -205556               1.75                  54.48   Canteen disb
 3/21/08  13 -206437               3.99                  50.49   Canteen disb
 3/21/08  13 -206473               2.10                  48.39   Canteen disb
 3/22/08  13 -207048               1.00                  47.39   Canteen disb
 3/22/08  13 -207072               2.85                  44.54   Canteen disb
 3/25/08  13 -207789               1.00                  43.54   Canteen disb
 3/25/08  13 -207805              17.83                  25.71   Canteen disb
 3/26/08  13 -208177               1.00                  24.71   Canteen disb
```

```
****************************************************************************
* CONFIDENTIAL PATIENT INFORMATION - CALIFORNIA WELFARE AND INSTITUTIONS    *
*      CODE SECTIONS 5328 & 4514.  INFORMATION SUBJECT TO RELEASE IN        *
*   ACCORDANCE WITH THE FEDERAL PRIVACY ACT OF 1974 (PUBLIC LAW 93-579).    *
****************************************************************************
TR150                                                              PAGE    2
09:28:49                                                           07/24/2008
```

DATE: 7-24-08

THIS IS A CERTIFIED COPY OF THE ABOVE-NAMED PATIENT'S HOSPITAL ACCOUNT.

*[signature]*

ATASCADERO STATE HOSPITAL
TRUST ACCOUNT/CASHIERS' SYSTEM
LEDGER ACTIVITY 01/21/2008 TO 07/24/2008

PATIENT: RHINE, JOHN               WARD NO: 03
                                   ADMIT: 11/21/2007

| DATE | DOCUMENT NO. | DEPOSIT | WITHDRAW | ENCUM-BRANCE | CURRENT BALANCE | COMMENTS |
|---|---|---|---|---|---|---|
| 3/26/08 | 13 -208180 |       | 3.97  |  | 20.74 | Canteen disb |
| 3/29/08 | 13 -208685 |       | 1.65  |  | 19.09 | Canteen disb |
| 4/ 1/08 | 13 -209353 |       | 19.09 |  | 0.00  | Canteen disb |
| 4/ 3/08 | 16 -273468 | 40.00 |       |  | 40.00 | E.BOLD |
| 4/ 3/08 | 13 -209960 |       | 3.92  |  | 36.08 | Canteen disb |
| 4/ 3/08 | 13 -209977 |       | 0.65  |  | 35.43 | Canteen disb |
| 4/ 3/08 | 13 -210228 |       | 4.36  |  | 31.07 | Canteen disb |
| 4/ 4/08 | 13 -210299 |       | 3.04  |  | 28.03 | Canteen disb |
| 4/ 5/08 | 13 -210784 |       | 4.25  |  | 23.78 | Canteen disb |
| 4/ 8/08 | 13 -211181 |       | 13.82 |  | 9.96  | Canteen disb |
| 4/10/08 | 13 -212048 |       | 6.97  |  | 2.99  | Canteen disb |
| 4/11/08 | 13 -212369 |       | 2.99  |  | 0.00  | Canteen disb |
| 4/15/08 | 17 -273518 | 65.62 |       |  | 65.62 | PROG4 MARCH PAY |
| 4/16/08 | 13 -213283 |       | 19.09 |  | 46.53 | Canteen disb |
| 4/16/08 | 13 -213428 |       | 1.43  |  | 45.10 | Canteen disb |
| 4/18/08 | 13 -214035 |       | 6.45  |  | 38.65 | Canteen disb |
| 4/19/08 | 13 -214586 |       | 4.17  |  | 34.48 | Canteen disb |
| 4/23/08 | 13 -215731 |       | 5.84  |  | 28.64 | Canteen disb |
| 4/25/08 | 13 -216418 |       | 28.64 |  | 0.00  | Canteen disb |
| 5/15/08 | 17 -275050 | 63.50 |       |  | 63.50 | PROG4 APRIL PAY |
| 5/16/08 | 13 -220928 |       | 14.88 |  | 48.62 | Canteen disb |
| 5/16/08 | 13 -220930 |       | 1.00  |  | 47.62 | Canteen disb |
| 5/16/08 | 13 -221032 |       | 3.50  |  | 44.12 | Canteen disb |
| 5/21/08 | 13 -222426 |       | 5.80  |  | 38.32 | Canteen disb |
| 5/23/08 | 13 -223213 |       | 13.57 |  | 24.75 | Canteen disb |
| 5/23/08 | 13 -223215 |       | 0.85  |  | 23.90 | Canteen disb |
| 5/27/08 | 13 -223895 |       | 1.39  |  | 22.51 | Canteen disb |
| 5/28/08 | 13 -224136 |       | 1.75  |  | 20.76 | Canteen disb |
| 5/29/08 | 13 -224603 |       | 12.09 |  | 8.67  | Canteen disb |
| 5/29/08 | 13 -224605 |       | 0.65  |  | 8.02  | Canteen disb |
| 5/30/08 | 13 -224726 |       | 3.38  |  | 4.64  | Canteen disb |
| 6/ 4/08 | 13 -060408 |       | 1.00  |  | 3.64  | NA DONATIONS |
| 6/ 5/08 | 16 -275145 | 40.00 |       |  | 43.64 | E.BOLD |
| 6/ 5/08 | 13 -226465 |       | 15.62 |  | 28.02 | Canteen disb |
| 6/ 5/08 | 13 -226468 |       | 0.65  |  | 27.37 | Canteen disb |
| 6/ 7/08 | 13 -227069 |       | 4.95  |  | 22.42 | Canteen disb |
| 6/10/08 | 13 -227758 |       | 1.00  |  | 21.42 | Canteen disb |
| 6/12/08 | 13 -228107 |       | 13.82 |  | 7.60  | Canteen disb |

```
***************************************************************
* CONFIDENTIAL PATIENT INFORMATION - CALIFORNIA WELFARE AND INSTITUTIONS *
*     CODE SECTIONS 5328 & 4514.  INFORMATION SUBJECT TO RELEASE IN     *
*  ACCORDANCE WITH THE FEDERAL PRIVACY ACT OF 1974 (PUBLIC LAW 93-579). *
***************************************************************
```

TR150                                                          PAGE    3
09:28:49                                                       07/24/2008

## ATASCADERO STATE HOSPITAL
### TRUST ACCOUNT/CASHIERS' SYSTEM
### LEDGER ACTIVITY 01/21/2008 TO 07/24/2008

PATIENT: 057501-9  RHINE, JOHN                    WARD NO: 03
                                                   ADMIT: 11/21/2007

| DATE | DOCUMENT NO. | DEPOSIT | WITHDRAW | ENCUM-BRANCE | CURRENT BALANCE | COMMENTS |
|---|---|---|---|---|---|---|
| 6/12/08 | 13 -228270 |       | 1.30  |       | 6.30  | Canteen disb |
| 6/12/08 | 13 -228273 |       | 1.00  |       | 5.30  | Canteen disb |
| 6/17/08 | 17 -275197 | 57.12 |       |       | 62.42 | PROG 4 MAY PAY |
| 6/18/08 | 13 -229706 |       | 11.68 |       | 50.74 | Canteen disb |
| 6/18/08 | 13 -229707 |       | 0.41  |       | 50.33 | Canteen disb |
| 6/18/08 | 13 -229712 |       | 1.00  |       | 49.33 | Canteen disb |
| 6/20/08 | 13 -230638 |       | 2.68  |       | 46.65 | Canteen disb |
| 6/20/08 | 13 -230643 |       | 1.00  |       | 45.65 | Canteen disb |
| 6/24/08 | 13 -231642 |       | 13.17 |       | 32.48 | Canteen disb |
| 6/24/08 | 13 -231647 |       | 1.00  |       | 31.48 | Canteen disb |
| 6/25/08 | 13 -231847 |       | 1.30  |       | 30.18 | Canteen disb |
| 6/28/08 | 13 -232889 |       | 2.39  |       | 27.79 | Canteen disb |
| 6/28/08 | 13 -232891 |       | 1.00  |       | 26.79 | Canteen disb |
| 7/ 1/08 | 13 -233374 |       | 26.79 |       | 0.00  | Canteen disb |
| 7/17/08 | 17 -275523 | 61.37 |       |       | 61.37 | PROG 4 JUNE PAY |
| 7/17/08 | ENC-071708 |       |       | 7.10  | 61.37 | ASH/ACCT COPIES |
| 7/22/08 | 13 -238496 |       | 16.28 |       | 45.09 | Canteen disb |
| 7/22/08 | 13 -238498 |       | 1.00  |       | 44.09 | Canteen disb |
| 7/23/08 | 16 -275569 | 0.20  |       |       | 44.29 | PHOTOCOPYREFUND |
| 7/24/08 | 13 -051974 |       | 7.10  | -7.10 | 37.19 | ENC071708 |

```
CURRENT BALANCE  -  OUTSTANDING CHARGES  -  HOLDS  =  AVAILABLE BALANCE
     37.19                  0.00                0.00              37.19
```

DATE: 7-24-08

THIS IS A CERTIFIED COPY OF
THE ABOVE-NAMED PATIENT'S
HOSPITAL ACCOUNT.

*[signature]* Sup Prog tech II