NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN S. RHINE, | ) | No. C 08-03938 JF (PR) |
| Petitioner, | ) ) | ORDER OF TRANSFER |
| vs. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Respondent. | ) ) | (Docket No. 2) |
| | ) | |

Petitioner, a prisoner proceeding pro se, filed a motion pursuant to 28 U.S.C. § 2255, attacking a sentence imposed by this Court. However, is it obvious from the motion that Petitioner is a state prisoner, who was convicted in San Diego Superior Court and is currently serving his sentence at Atascadero State Hospital, a California state institution.

A state prisoner challenging the constitutionality of his state conviction may do so by filing a petition for a writ of habeas corpus under 28 U.S.C. § 2254. Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, petitions challenging a conviction are preferably heard in the district of conviction. See Habeas L.R. 2254-3(a); Laue v. Nelson, 279 F. Supp. 265,

1  266 (N.D. Cal. 1968); cf. Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989) (district of
2  confinement best forum to review execution of sentence).
3       Accordingly, this case is TRANSFERRED to the United States District Court for
4  the Southern District of California.  See 28 U.S.C. §§ 1391(b), 1404(a); Habeas L.R.
5  2254-3(b)(1).  In view of the transfer, the Court will not rule upon Petitioner's pending
6  motion to proceed in forma pauperis (Docket No. 2).
7       The Clerk shall terminate all pending motions and transfer the entire file to the
8  Southern District of California.
9       IT IS SO ORDERED.
10  DATED: 1/14/09

JEREMY FOGEL
United States District Judge

Order of Transfer
P:\PRO-SE\SJ.JF\HC.08\Rhine03938_transfer.wpd

2